# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN EUGENE SYPHO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER PENLEY,<br><br>　　　　　　Defendant. | Case No. EDCV 08-0861-DDP (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　IT IS HEREBY ORDERED that this action be dismissed without prejudice.

DATED: May 11, 2010

　　　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE