# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN EUGENE SYPHO, | Case No. EDCV 08-0861-DDP (JEM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CORRECTIONAL OFFICER PENLEY, | |
| Defendant. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: May 11, 2010

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE